UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville


FILED
2017 OCT 18 A 8:00
U.S. DISTRICT COURT
EASTERN DIST. TENN.

Robert (Bob) Chapman )
)
_____ )
)
_____ )
Name of plaintiff (s) )
)
v. )  Case No. 3:17cv452
) (to be assigned by Clerk)
Reed Dixon ) McDonough/Guyton
)
_____ )
)
_____ )
Name of defendant (s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Reed Dixon as Session Court Judge of Monroe Co. TN refused to swear Clifford Wilson in to testify (18 U.S. Code 1512 - Tampering with witness

2. Plaintiff, Robert (Bob) Chapman resides at
302 S. High St. Apt 14 , Sweetwater
street address                              city
Monroe , TN , 37874 , 423-561-0455
county       state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, __J. Reed Dixon__ lives at, or its business is located at

__701 N. Oak St.__, __Sweetwater__,
street address / city

__Monroe__, __TN__, __37874__.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

On 25 April, 2007 in Session Court of Monroe County TN ~~Judge~~ Case No C07-256 Barney Chapman, Personal Rep Bertha Chapman Trustee.

The Defendant Robert T. Chapman Asked Judge J. Reed Dixon to swear in Clifford Wilson as a Hostile Witness, so he could show Colusion. Judge Dixon Refused thus Tampering with Robert T. Chapman's Witness. See Attachments A & B

2

If the Laws that Support the Constitution are not enforced; the Constitution is Nullified.

_RT_

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Request that J. Reed Dixon be presented for breaking
   b. 18 US Code 1512.
      So this will not occur in the U.S
   c. Again
   d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _Robert T. Chapman_ day of _17 Oct_, 20_2017_

_Robert T. Chapman_
Signature of plaintiff (s)

3

1. **U.S. Code** > Title 18 > Part I > Chapter 73 > § 1512

# 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant

- **US Code**
- **Notes**
- **Authorities (CFR)**

prev | next

(a)
(1) Whoever kills or attempts to kill another person, with intent to—

(A)
prevent the attendance or testimony of any person in an official proceeding;

(B)
prevent the production of a record, document, or other object, in an official proceeding; or

(C)
prevent the communication by any person to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings;

shall be punished as provided in paragraph (3).

(2) Whoever uses physical force or the threat of physical force against any person, or attempts to do so, with intent to—

(A)
influence, delay, ==or prevent the testimony of any person in an official proceeding;==

Case No. C07-256

Barney Chapman, Personal Rep Bertha Chapman Estate
142 Payne Loop
Tellico Plains, TN 37385

Plaintiff

vs.

Robert T. Chapman
603 Old State Road
Tellico Plains, TN 37385

Defendant

**ORIGINAL RETURN TO CLERK**

## DETAINER SUMMONS

Court of General Sessions
Martha M. Cook, Clerk

By: E Beets, Deputy Clerk
Issued: 3-27, 2007
Set for: 4-25-07 at 10:00 a.m.
Reset for: _____

Served Upon: ☑ All Defendants

Served: DB #717 03-28, 2007
Sheriff/Constable (Process Server)

Clifford E. Wilson, Attorney
for Plaintiff/BPR#1210
423-442-9735

_____, Attorney
for Defendant

phone: _____



ADA FOR ASSISTANCE CALL (423) 442-2644
ROBERT PENNINGTON
ADA COORDINATOR

## TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these items include items of necessary wearing apparel (clothing) for yourself and your family and trunks and other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer.

**NOTICE**

attachment B

STATE OF TENNESSEE, COUNTY OF MONROE

To Any Lawful Officer to Execute and Return:
Summon each Defendant to appear before the Judge of the General Sessions Court of Monroe County, Tennessee, on the 25th day of April, 2007, to answer the claim by Plaintiff for a money judgment for rent, from and after January 4, 2007, and court costs and for possession of property Plaintiff claims that Defendant wrongfully possesses in this county having a street address as: 603 Old State Road, Tellico Plains, TN 37385. Defendant's initial possession was based on a trespass. Written notice to vacate was given to the Defendant on or about January 4, 2007. Plaintiff asks for possession of the property, all rent owed as of the Court date, restitution for damages to the property, and all court costs and litigation taxes.

Issued: this the 27 day of March, 2007.

MARTHA M. COOK, General Sessions Court Clerk

By: E Brooks
Deputy Clerk

**Detainer Summons**

**Judgment**

Judgment for _____, against _____ for
$ _____, plus interest at the rate of _____% and cost of suit, for which execution may issue.

Judgment entered by: ☐ Default  ☐ Agreement  ☐ Trial
Dismissed: ☐ Without Prejudice  ☐ With Prejudice
Costs taxed to: ☐ Plaintiff  ☐ Defendant

Defendant _____ in Court and admitted to jurisdiction of Court.

This the ____ day of _____, 2007.

_____
Judge,

**Order**

Possession to Plaintiff as Trustee

This the 25 day of Apr, 2007.
Court date

_____
Judge,

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is/is not a member of a military service.

_____
Attorney for Plaintiff

[Notary seal: Sheila P. — Monroe County, Tennessee Notary Public]
Commission Expires: 08/07/2010

Case 3:17-cv-00452-TRM-HBG   Document 2   Filed 10/18/17   Page 6 of 6   PageID #: 16